IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-60048
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DAVID EARL HUGHES,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. CA:94cv116BN (E91-cr00005B)
- - - - - - - - - -
June 29, 1995

Before JONES, WIENER, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

David Earl Hughes has failed to present an appellate argument concerning the district court's determination that his allegations of Fourth Amendment violations are procedurally barred from 28 U.S.C. § 2255 review. Those claims are effectively abandoned. Yohey v. Collins, 985 F.2d 222, 224-25 (5th Cir. 1993); Fed. R. App. P. 28(a); see United States v. Shaid, 937 F.2d 228, 231-32 (5th Cir. 1991) (en banc), cert. denied, 502 U.S. 1076 (1992). Furthermore, the claims were

---

[*]    Local Rule 47.5 provides:  "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession."  Pursuant to that Rule, the court has determined that this opinion should not be published.

waived by the entry of Hughes' guilty plea.  <u>United States v. Bell</u>, 966 F.2d 914, 915 (5th Cir. 1992); <u>Smith v. Estelle</u>, 711 F.2d 677, 682 (5th Cir. 1983), <u>cert.</u> <u>denied</u>, 466 U.S. 906 (1984).

The district court did not err in determining that Hughes' ineffective assistance of counsel claims were without merit.

AFFIRMED.